UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, as subrogee of FILA USA, INC., <br><br>　　　　　　　Plaintiff, <br><br>　　v. <br><br>EXPEDITORS INTERNATIONAL OCEAN, INC. and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br>　　　　　　　Defendant. | CASE NO. 2:22-cv-00007-MJP <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT |

This comes before the Court on Defendants' Motion for Leave to File Third Party Complaint in Admiralty Pursuant to Fed. R. Civ. Proc. 14(a)(1) and 14(c). (Dkt. No. 10.) The Court having reviewed the Motion, the pleadings on file, and all relevant material hereby ORDERS that Defendants' motion is GRANTED. In addition, the Court ORDERS that Defendants may file and serve their Proposed Third-Party Complaint.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 21, 2022.

*(signature)*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT - 2